# United States District Court

**EASTERN DISTRICT OF WISCONSIN**

**JUDGMENT IN A CIVIL CASE**

**LASHAWN TERRELL LOGAN,**
      **Plaintiff**

      v.                      **CASE NUMBER: 05-C-592**

**DR. ZIMMEL,**
**DR. BUDDE,**
**LT. HILPERT, and**
**DR. D. JASKULSKY,**
      **Defendants**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court. The issues have been theard and a decision has been rendered.

    **IT IS THEREFORE ORDERED** that the plaintiff's motion for leave to proceed *in forma pauperis* (docket # 2) be and hereby is **GRANTED**;

    **IT IS FURTHER ORDERED** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from the plaintiff's prison trust account the $249.17 balance of the filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action;

    **IT IS FURTHER ORDERED** that this action be and hereby is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) for failure to state a claim upon which relief may be granted;

    **IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly; and

    **IT IS FURTHER ORDERED** that the Clerk of Court document that this inmate has incurred a "strike" under 28 U.S.C. §1915(g).

| July 18, 2005 | SOFRON B. NEDILSKY |
|---|---|
| Date | Clerk |

                                          s/ Jacki L. Koll
                                          (By) Deputy Clerk